# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| STANTON QUESENBERRY | § | |
| | § | |
| V. | § | CASE NO. 4:09cv414 |
| | § | (Judge Schneider/Judge Mazzant) |
| ALLIANT LAW GROUP, P.C., ET AL. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636. On March 5, 2010, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant Alliant Law Group, PC's Motion to Dismiss or for More Definite Statement (Dkt. #25) and Defendant Bay Area Credit Service, LLC's Motion to Dismiss or for More Definite Statement (Dkt. #26) be denied.

The Court, having made a *de novo* review of the objections raised by both Defendants, is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections are without merit. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this Court.

It is, therefore, **ORDERED** that Defendant Alliant Law Group, PC's Motion to Dismiss or for More Definite Statement (Dkt. #25) and Defendant Bay Area Credit Service, LLC's Motion to Dismiss or for More Definite Statement (Dkt. #26) are DENIED.

**IT IS SO ORDERED.**

**SIGNED this 23rd day of March, 2010.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE